**People of the State of Illinois, Plaintiff-Appellee, v. Earl Sidney Davis, Defendant-Appellant.**

**Gen. No. 69–82. (Abstract of Decision.)**

Fifth District.

April 7, 1970.

Ross Armbruster, of Alton, for appellant; William J. Scott, Attorney General of State of Illinois, of Chicago, Warren K. Smoot, Assistant Attorney General, and R. W. Griffith, State's Attorney, of Edwardsville, for appellee. Opinion by JUSTICE GOLDENHERSH. **Not to be published in full.**